# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                              CIVIL ACTION NO.: 1:22-cv-167-SA-DAS

KWANME WILLIAMS                                             DEFENDANT

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Before the court is Plaintiff's motion for default judgment. Having found that the requested amount in the motion differs from the amount pled in the complaint, the sum at issue is unclear. Therefore, the motion is denied without prejudice.

This the 24th day of May, 2023.

                                                           s/ David Crews
                                                           Clerk of Court