## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                                              CIVIL ACTION NO.: 1:22-cv-167-SA-DAS

KWANME WILLIAMS                                                        DEFENDANT

## DEFAULT JUDGMENT

The Defendant, Kwanme Williams, having failed to appear, plead or otherwise defend in this action, and default having been entered on May 11, 2023, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Kwanme Williams, in the amount of $92,167.42, plus interest on the judgment at the legal rate until the judgment is satisfied, and a separate filing fee of $402.00.

This the 2nd day of June, 2023.


BY:    s/ David Crews _____
       Clerk of Court        by jla